**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:05CV81**

| | | |
|---|---|---|
| **RONALD BLANCHARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **MBNA AMERICA BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court on the Defendant's second motion for an extension of time in which to respond to the Plaintiff's objections to the Memorandum and Recommendation.  The Plaintiff consents to the motion.

For the reasons stated in the motion and for cause shown,

IT IS, THEREFORE, ORDERED that the Defendant's motion is ALLOWED, and the time within which to file response to the Plaintiff's objections is extended to and including October 12, 2005.

The parties are advised this will be the last extension granted by the Court.

**Signed: October 3, 2005**

Lacy H. Thornburg
United States District Judge